| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | EDWARD PALEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:20-po-00044 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:   June 17, 2020 |
| EDWARD PALEN, | Time:   10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Edward Palen, hereby stipulate and jointly move this Court to continue Mr. Palen's status conference from April 7, 2020 until June 17, 2020.

Mr. Palen was arraigned on January 28, 2020 before the Honorable Jeremy Peterson. As of the instant filing, the government has served discovery.  The undersigned defense counsel requests a continuance as defense investigation is ongoing.

//

//

//

//

//

Palen-Stipulation to Continue                -1-

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: April 3, 2020

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: April 3, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
EDWARD PALEN

ORDER

The above stipulation to continue case 6:20-po-00044 until June 17, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   April 4, 2020    _____
UNITED STATES MAGISTRATE JUDGE