HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWARD PALEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>EDWARD PALEN,<br><br>         Defendant. | Case No.  6:20-po-00044<br><br>**STIPULATION TO ADVANCE MOTION HEARING**<br><br>Date:    September 1, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

   The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Edward Palen, hereby stipulate and jointly move this Court to advance Mr. Palen's appearance from September 18, 2020 until September 1, 2020.

   On July 7, 2020 this court set a motion schedule with and hearing on September 18, 2020. In the interim the parties reached a settlement, the signed plea agreement to be filed under separate cover.  The parties respectfully move the court to advance Mr. Palen's case for a change of plea.

//

//

//

//

//

Palen-Stipulation to Advance                -1-

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | McGREGOR SCOTT<br>United States Attorney |
| 4 | Dated:  August 27, 2020 | */s/ Sean Anderson*<br>SEAN ANDERSON |
| 5 |   | Acting Legal Officer<br>National Park Service |
| 6 |   | Yosemite National Park |
| 8 | Dated:  August 27, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 10 |   | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 |   | Assistant Federal Defender<br>Attorney for Defendant |
| 12 |   | EDWARD PALEN |

**O R D E R**

Good cause appearing, the above stipulation to advance case 6:20-po-00044 to September 1, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   August 27, 2020

UNITED STATES MAGISTRATE JUDGE