HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EDWARD J. PALEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

EDWARD J. PALEN,

             Defendant.

Case No. 6:20-po-00044-JDP

**STIPULATION TO VACATE
REVIEW HEARING AND TERMINATE
PROBATION; ORDER**

The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Edward J. Palen, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for February 9, 2021.

On September 1, 2020, the Honorable Jeremy D. Peterson sentenced Mr. Palen to a term of 6 months unsupervised probation, to complete 15 hours of community service, a post plea booking, and to pay a fine and special assessments totaling $250.00.  As of the instant filing, Mr. Palen has completed the community service hours and post plea booking, has paid his fine in full and is in compliance with all terms of probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  February 5, 2021          */s/ Sean Anderson*
                                   SEAN ANDERSON
                                   Acting Legal Officer
                                   National Park Service
                                   Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: February 5, 2021           */s/ Benjamin A. Gerson*
                                   BENJAMIN A. GERSON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   EDWARD J. PALEN

O R D E R

Based on the parties' joint representation that defendant Mr. Edward J. Palen is fully in compliance with the conditions of his probation, the court GRANTS defendant's motion (Doc. No. 17) filed February 5, 2021.  The review hearing in case 6:20-po-00044-JDP scheduled for February 9, 2021 at 10:00 a.m. is VACATED and probation is TERMINATED.

IT IS SO ORDERED.

Dated:   February 8, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28